# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of September, two thousand twenty-six.

---

Adrian Alexander Conejo Arias, L.A.C.R.,
Erika Pamela Ramos Sanchez, T.A.C.R.,

Petitioners,

v.

Todd Blanche, United States Attorney General,

Respondent.

---

**ORDER**

Docket No. 26-1913

Respondent moves for a 14-day extension of time, until October 7, 2026, to file the certified administrative record.

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court