**UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT**

---

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 29th day of September, two thousand twenty-six,

---

Adrian Alexander Conejo Arias, L.A.C.R., Erika Pamela Ramos Sanchez, T.A.C.R.,

Petitioners,

v.

Todd Blanche, United States Attorney General,

Respondent.

---

**ORDER**
Docket No. 26-1913

By order dated September 25, 2026, the Court tolled the proceedings within this case for a period of 90 days so that the Petitioners and the Government could determine whether remand of this case to the Board of Immigration Appeals (BIA) was warranted.

By letter dated September 29, 2026, Petitioners informed the Court of its intention to cancel the tolling period and resume proceedings in this Court.

Effective October 2, 2026, the tolling period is canceled, and the time for the next scheduled event in the case begins to run.

Petitioners' scheduling notification is due October 16, 2026.

A motion to extend the tolling or any other time period is disfavored and subject to the extraordinary circumstance standard. See Local Rule 27.1(f)(1).

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court